IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER VANN, | No. C 08-04756 JW (PR) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE COMPLETE COPY OF COMPLAINT |
| vs. | |
| MIKE EVANS, et al., | |
| Defendants. | |

Plaintiff, a California inmate, filed a <u>pro se</u> civil rights action under 42 U.S.C. § 1983 alleging claims of unconstitutional conduct by Salinas Valley State Prison ("SVSP") officials resulting in the deprivation of plaintiff's rights. The Court found the complaint, when liberally construed, stated cognizable claims and ordered service on Defendants on March 13, 2009.

It appears that Defendants received an incomplete copy of the complaint, which is missing the second page. Accordingly, plaintiff is directed to file a complete copy of the complaint, including the missing second page, with the Court **within twenty (20) days** from the date of this order.

Plaintiff must comply with the Court's orders in a timely fashion or ask for an extension of time to do so. Failure to comply may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 6, 2009

JAMES WARE
United States District Judge

Order
P:\PRO-SE\SJ.JW\CR.08\Vann04756_misc.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OLIVER VANN,

          Plaintiff,

  v.

MIKE EVANS, et al,

          Defendants.

Case Number: CV08-04756 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/11/2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oliver Vann H-95482
Pleasant Valley State Prison
P.O. Box 8501
Coalinga, CA 93210

Dated: 5/11/2009

                                    Richard W. Wieking, Clerk
                               /s/ By: Elizabeth Garcia, Deputy Clerk